1.58333IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

AFFINITY PRODUCTION CO., LLC.
a Nebraska Limited Liability Co.,

           Plaintiff,

    v.

CSS FARMS, INC., a South Dakota Corporation
doing business in Nebraska,

           Defendant.

Case No. 8:08cv449

**ORDER**

This matter is before the Court on a Motion to Withdraw as Counsel ("Motion") for Defendant CSS Farms, Inc. ("CSS") filed by the law firm of Kutak Rock, LLP and its attorneys Bartholomew L. McLeay, Brian C. Buescher and Kasey M. Anderson. The Court notes that substituted counsel has already filed a Notice of Appearance to represent CSS in this action. Accordingly, for good cause shown,

    **IT IS ORDERED** that the Motion shall be and the same is hereby granted;

    **IT IS FURTHER ORDERED** that Bartholomew L. McLeay, Brian C. Buescher, Kasey M. Anderson and the law firm of Kutak Rock, LLP are hereby deemed to have withdrawn *instanter* as counsel of record for CSS in this action.  The court will stop future electronic notices to these attorneys in this case.

    **DATED October 24, 2008.**

                  **BY THE COURT:**

                  **s/ F.A. Gossett**
                  **United States Magistrate Judge**