IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFINITY PRODUCTION CO., LLC, a Nebraska Limited Liability Co.,<br><br>    **Plaintiff and Counterdefendant,**<br><br>v.<br><br>**CSS FARMS, INC.**, a South Dakota Corporation doing business in Nebraska,<br><br>    **Defendant and Counterclaimant,**<br><br>v.<br><br>**DANIEL A. KOCH**, an Individual,<br><br>    **Counterdefendant.** | **CASE NO. 8:08CV449**<br><br><br><br>**ORDER** |

This matter is before the Court on the unopposed Joint Motion to Extend Deadline to Respond to Motion for Summary Judgment Against Counterdefendants (Filing No. 70), filed by Plaintiff/Counterdefendant Affinity Production, Co., LLC, and Counterdefendant Daniel A. Koch (collectively "Counterdefendants"). Counterdefendants' response is due on Tuesday, August 18, 2009. (Filing No. 63). The Counterdefendants request an additional three days to respond to CSS Farms' Motion for Summary Judgment. The parties also agree that the Counterclaimant CSS Farms may file its reply on September 8, 2009. The motion is granted.

IT IS ORDERED:

1. The Counterdefendants' Motion to Extend Time to Respond to CSS Farms' Motion for Summary Judgment (Filing No. 70) is granted;

2.  The Counterdefendants must file their response to Counterclaimant CSS Farms' Motion for Summary Judgment (Filing No. 53) on or before August 21, 2009; and

3.  Counterclaimant CSS Farms must file its reply to Counterdefendants' response on or before September 8, 2009.

DATED this 18th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge