IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY PRODUCTION CO., LLC, a Nebraska Limited Liability Co., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CSS FARMS, INC., a South Dakota Corporation doing business in Nebraska, | ) ) ) | 8:08CV449 |
| Defendant/Counterclaimant, | ) ) | ORDER |
| vs. | ) ) | |
| DANIEL KOCH, an Individual, | ) ) | |
| Counterdefendant. | ) | |

Upon consideration of the motion for extension of time to serve expert reports (Doc. 78) filed by Affinity Production Co., LLC and Daniel Koch (together, "Affinity"), and the response of CSS Farms, Inc. ("CSS") (Doc. 80),

IT IS ORDERED that the motion (Doc. 78) is granted and the final progression order (Doc. 36) is amended, as follows:

1. Affinity's expert disclosure deadline is extended from September 15, 2009 to October 5, 2009.

2. CSS's expert disclosure deadline is extended from October 15, 2009 to November 5, 2009.

3. The deadline for completing expert depositions is extended from October 31, 2009 to November 30, 2009.

4. The deadline to file motions in limine challenging the admissibility of expert testimony at trial is extended from November 5, 2009 to December 10, 2009.

5. Affinity shall produce its expert witness for deposition in Omaha, Nebraska at Affinity's expense.

DATED September 21, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge