# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY PRODUCTION CO., LLC,<br>a Nebraska Limited Liability Co., | ) | |
| | ) | |
| Plaintiff and<br>Counterdefendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CSS FARMS, INC., a South Dakota<br>Corporation doing business in Nebraska, | ) | NO. 8:08-CV-00449 |
| | ) | |
| Defendant and<br>Counterclaimant, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL KOCH, an Individual, | ) | |
| | ) | |
| Counterdefendant. | ) | |

Upon consideration of CSS Farms, Inc.'s Unopposed Motion for Extension of Time to Furnish Expert Reports and Extend Other Deadlines (Doc. 85),

IT IS ORDERED that the Motion is granted and the final progression order (Doc. 36) is further amended as follows:

1.  CSS Farms, Inc.'s expert disclosure deadline is extended from November 5, 2009 to November 19, 2009.

2.  The deadline for expert depositions is extended from November 30, 2009 to December 14, 2009.

3.  The deadline to file motions in limine challenging the admissibility of expert testimony at trial is extended from December 10, 2009 to December 29, 2009.

4.   The deadline to file motions for summary judgment is extended from December 15, 2009 to December 29, 2009.


DATED November 4, 2009.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge