## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AFFINITY PRODUCTION CO., LLC, a Nebraska Limited Liability Co.,** ) | **CASE NO. 8:08CV449** |
| ) | |
| **Plaintiff and Counterdefendant,** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **CSS FARMS, INC., a South Dakota Corporation doing business in Nebraska,** ) | |
| ) | |
| **Defendant and Counterclaimant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DANIEL A. KOCH, an Individual,** ) | |
| ) | |
| **Counterdefendant.** ) | |

This matter is before the Court on the Joint Stipulation and Motion Requesting an Extension of Time to File Summary Judgment Motions (Filing No. 91), filed by Plaintiff/Counterdefendant Affinity Production, Co., LLC, Defendant/Counterclaimant CSS Farms, Inc., and Counterdefendants Daniel A. Koch (collectively "Movants"). Movants' deadline for filing motions for summary judgment is presently Tuesday, December 29, 2009. (Filing No. 86). Movants request an additional two weeks, until January 12, 2010, to submit motions for summary judgment to alleviate scheduling pressures during the holiday season. Several extensions of time have already been granted in this case. Absent compelling or extreme circumstances, the Court will not grant further extensions. The motion is therefore granted in part and denied in part.

Accordingly,

IT IS ORDERED:

1.     The Joint Stipulation and Motion Requesting an Extension of Time to File Summary Judgment Motions (Filing No. 91), filed by Plaintiff/Counterdefendant Affinity Production, Co., LLC, Defendant/Counterclaimant CSS Farms, Inc., and Counterdefendants Daniel A. Koch is granted in part and denied in part;

2.     Motions for summary judgment must be filed on or before January 8, 2010;

3.     The Motion is otherwise denied; and

4.     Absent compelling or extreme circumstances, further extensions of time will not be granted.

DATED this 22nd day of December, 2009.

                              BY THE COURT:


                              s/ Laurie Smith Camp
                              United States District Judge

2