IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY PRODUCTION CO., LLC, | ) | Case No. 8:08cv449 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CSS FARMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel Diana Vogt for Affinity and Thomas Kelley for CSS Farms,

**IT IS ORDERED:**

1.  On or before **April 19, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The final pretrial conference set for March 22, 2010, is cancelled upon the representation that this case is settled.

Dated this 18th day of March 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge